JOHN H. BURRELL, JR., trustee &c., appellant,

*v.*

WILLIAM MASSEY et al., respondents.

On appeal from an order advised by Vice-Chancellor **Bird.**

*Mr. H. A. Drake,* for appellant.

*Mr. B. Williamson* and *Mr. S. H. Grey,* for respondents.

PER CURIAM.

Decree unanimously affirmed for reasons given by the vice-chancellor.